AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DANIEL GERSTENHABER, individually and on behalf of all others similarly situated, *Plaintiff(s)* v. DIVERSIFIED RECOVERY BUREAU LLC., a New York corporation, *Defendant(s)* | Civil Action No. 18-cv-61149-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEVE SAXBURY as REGISTERED AGENT for DIVERSIFIED RECOVERY BUREAU LLC. a the address of: 40 GARDENVILLE PKWY SUITE 201, WEST SENECA, NEW YORK, 14224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MANUEL S. HIRALDO
401 E. LAS OLAS BOULEVARD
SUITE 1400
FORT LAUDERDALE, FLORIDA 33301
EMAIL: MHIRALDO@HIRALDOLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/22/2018



*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court